UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re                                                                                          CASE NO.: 19-25435-BKC-LMI
                                                                                                Chapter 7
**AAA MACHINERY PARTS AND
RENTALS, LLC,**
EIN #47-1411408

          Debtor.                      /

**TRUSTEE, JOEL L. TABAS' (1) NOTICE OF NON-COMPLIANCE AND
(2) *EX PARTE* MOTION FOR ENTRY OF ORDER TO SHOW CAUSE**

Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of AAA Machinery Parts and Rentals, LLC (the "Trustee"), through counsel, and pursuant to this Court's *Order Granting Trustee's Motion to Compel Compliance with Subpoena Against Machinery Sales Construction Inc.* [ECF 71] entered on May 12, 2021 (the "Order"), gives notice that the Machinery Sales Construction, Inc. ("MSC") has failed to: produce documents and information, as directed by this Court pursuant to Paragraph 2 of the Order.

The Trustee asserts that MSC's willful failure to comply with the Order is prejudicing the Trustee's administration of this Estate and warrants a finding of contempt against MSC. Accordingly, the Trustee seeks an entry of an order to show cause, in the form that accompanies this Motion, scheduling a hearing for the Debtor to show cause why MSC should not be held in contempt of this Court for its willful violation of the Order, and why sanctions, including, but not limited to, monetary sanctions against MSC in the form of reimbursement of the Trustee's attorneys' fees and costs, should not be imposed.

**WHEREFORE**, Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of AAA Machinery Parts and Rentals, LLC respectfully requests this Honorable Court enter an Order: (1) to show cause why Machinery Sales Construction, Inc. should not be held in contempt for

the violation of a Lawful Order of this Court, and schedule a hearing on same; and (2) granting such other and further relief as this Court deems just and proper.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 23, 2021, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

Machinery Sales Construction, Inc.
c/o David Julio Morales
7999 NW 54th Street
Doral, FL 33166

AAA Machinery Parts and Rentals LLC
5501 NW 82nd Ave.
Miami, FL 33166

        Respectfully submitted,

        /s/ Jessika Arce Graham
        Jessika Arce Graham
        Fla. Bar No. 72452
        Tabas & Soloff, P.A.
        Attorneys for Chapter 7 Trustee
        25 S.E. 2nd Avenue, Suite 248
        Miami, Florida 33131
        Telephone: (305) 375-8171
        Facsimile:   (305) 381-7708
        jgraham@tabassoloff.com